■■■ In the Matter of PHILIP D., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PHILIP B., Appellant. (Appeal No. 1.) [698 NYS2d 191] —Appeal unanimously dismissed without costs (see, Matter of Lisa E. [appeal No. 1], 207 AD2d 983). (Appeal from Order of Erie County Family Court, Szczur, J.—Permanent Neglect.) Present—Pine, J. P., Hayes, Pigott, Jr., Scudder and Callahan, JJ.